IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAYNE PHARMA INTERNATIONAL PTY LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 15-438-LPS-CJB |
| MERCK & CO., INC. and MERCK SHARP & DOHME CORP., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following dates in the Scheduling Order (D.I. 20) are amended as follows:

| **Event** | **Current Date** | **Amended Date** |
|---|---|---|
| Plaintiff shall provide final infringement contentions | November 17, 2016 | January 26, 2017 |
| Defendant shall provide final invalidity contentions | December 2, 2016 | February 10, 2017 |
| Fact discovery complete | December 16, 2016 | February 17, 2017 |
| Expert Reports: initial Federal Rule 26(a)(2) disclosure | January 26, 2017 | March 23, 2017 |
| Expert Reports: supplemental disclosure to contradict or rebut evidence on the same matter | February 28, 2017 | April 25, 2017 |
| Expert Reports: reply expert reports from the party with the initial burden of proof | March 22, 2017 | May 17, 2017 |
| Expert discovery complete | May 26, 2017 | June 30, 2017 |

| **Event** | **Current Date** | **Amended Date** |
|---|---|---|
| Deadline to file dispositive motions | June 22, 2017 | July 28, 2017 |
| Hearing on case dispositive motions | September 26, 2017 | |
| Deadline to file joint proposed final pretrial order | December 1, 2017 | Unchanged |
| Pretrial Conference | December 8, 2017 | Unchanged |
| 8 day jury trial begins | January 8, 2018, 9:30 a.m. | Unchanged |

All other dates shall remain unchanged.

/s/ David M. Fry                                                    /s/ Derek J. Fahnestock
Karen E. Keller (No. 4489)                                 Jack B. Blumenfeld (No. 1014)
David M. Fry (No. 5486)                                    Derek J. Fahnestock (No. 4705)
SHAW KELLER LLP                                             Stephen J. Kraftschik (No. 5623)
300 Delaware Avenue, Suite 1120                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801                                      1201 North Market Street
(302) 298-0700                                                   P.O. Box 1347
kkeller@shawkeller.com                                   Wilmington, DE 19899
dfry@shawkeller.com                                       (302) 658-9200
*Attorneys for Plaintiff*                                     jblumenfeld@mnat.com
                                                                          dfahnestock@mnat.com
                                                                          skraftschik@mnat.com
Dated: November 7, 2016                                *Attorneys for Defendants*

SO ORDERED this ___ day of November, 2016.

_____
Chief United States District Judge